IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES E. WILLIS, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 00-C-2147-S |
| WARDEN BILLY MITCHEM and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

On June 29, 2001, the Magistrate Judge assigned this matter entered a Report and Recommendation that this action was due to be dismissed with prejudice because it was barred by the applicable statute of limitations. On July 31, 2001, the court reviewed the Report and Recommendation and reached an independent conclusion that it was due to be adopted and approved. The court then adopted and approved the findings and recommendation of the magistrate judge as the findings and conclusions of the court, and dismissed the petition for writ of habeas corpus with prejudice. An appropriate order was entered.

On August 27, 2001, the court received the petitioner's objections to the report and recommendation. Because the objections were postmarked July 6, 2001, the court finds that they are timely and therefore considered them. However, upon an independent consideration of the record and the petitioner's objections, the court finds that they are due to be overruled.

**DONE**, this 29th day of August, 2001.

_____
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

15